United States Court of Appeals
Fifth Circuit

**F I L E D**

**June 24, 2005**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT
_____

No. 04-50763
_____

UNITED STATES OF AMERICA

                    Plaintiff - Appellee

          v.

RAMON GERARDO CHACON-AVITIA also known as, Ramon Gerardo
Chacon-Avita

                    Defendant - Appellant


                    ----------------------
          Appeal from the United States District Court for the
                Western District of Texas, El Paso
                      3:04-CR-475-ALL-DB
                    ----------------------

Before KING, Chief Judge, DeMOSS, and CLEMENT, Circuit Judges.

PER CURIAM:[*]


     IT IS ORDERED that appellant's unopposed motion to remand

case for resentencing is GRANTED.

     IT IS FURTHER ORDERED that appellant's unopposed motion to

extend time to file appellant's supplemental brief 20 days from

the Court's denial of appellant's motion to remand is DENIED as

unnecessary.

_____

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be
published and is not precedent except under the limited circumstances set forth in 5TH CIR. R.
47.5.4.